Submitted on briefs January 29, affirmed February 5, 1929.

## BARGE E. LEONARD, Guardian, *v.* IVAN KING and RAY KING.

(274 Pac. 116.)

For appellant there was a brief over the name of *Mr. C. T. Haas.*

For respondents there was a brief over the name of *Messrs. Winter & Maguire.*

COSHOW, C. J.—The record does not present any question for determination by this court. It has been often decided that a question of fact once determined by a jury cannot be re-examined by this court: Const., Art. VII, § 3c.; *Morser* v. *Southern Pacific Co.,* 124 Or. 384, 401 (262 Pac. 252); *Crawford* v. *Cobbs & Mitchell Co.,* 121 Or. 636, 638 (257 Pac. 16); *Thompson* v. *Larsen,* 118 Or. 421, 428, 429 (247 Pac. 139). We are not justified in adding to the volume of decisions on that question. Our statute prescribes that the findings of a court in an action at law are equivalent to a verdict of a jury: Or. L., § 159.

The judgments appealed from are affirmed.

AFFIRMED.